JUDITH M. SASAKI, ESQ. (State Bar No.: 119442)
SIMKE CHODOS & SASAKI, LLP
1880 Century Park East, Suite 1511
Los Angeles, California 90067-1615
Telephone: (310) 203-3888
Fax: (310) 203-3866 Attorneys for Plaintiff

NADER ZARGARPOUR (State Bar No.: 211511)
ZARGARPOUR LAW FIRM
1880 Century Park East, Ste. 1511
Los Angeles, CA 90067-1615
Telephone (310) 203-3888
Fax (323) 843-9830

Attorneys for Plaintiff

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 1 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ALLEN, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ONE WAY FURNITURE, LLC, a Delaware corporation; ONE WAY FURNITURE II, LLC, a Delaware corporation; ONE WAY FURNITURE, INC., a New York corporation; and DOES 1 through 100.<br><br>Defendants. | Case No. CV 09-04505 MMM (SSx)<br><br>[PROPOSED] ORDER FOR ISSUANCE OF PERMANENT INJUNCTION |


# ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, defendants One Way Furniture, LLC, a limited liability company, One Way Furniture II, LLC, a limited liability company, and One Way Furniture, Inc., a New York corporation and each of them and their respective agents, servants, employees and representatives, and all others acting in concert or participation with any of them, including without limitation Mitch Lieberman, are hereby enjoined and prohibited from:

1. Using or referring to the name "Wesley Allen" in any websites, webpages, website or webpage addresses, e-books, advertising (online or otherwise), promotional materials (online or otherwise), catalogs (online or otherwise), other website materials, in meta data, in meta tags, in meta labels, keywords or other search mechanisms relating to their current or future websites;

2. Using or referring to the names "Wesley" and "Allen" in any combination, on the same webpage or webpage address, including using both such names on any web page itself or in meta data, in meta tags, in meta labels, keywords or other search mechanisms relating to any single webpage, in any of their current or future websites.

3. Using the names "Wesley Allen" to attract customers to their websites, webpages, or to their sales facilities in any manner;

4. Using or referring to the name "Wesley Allen", in any manner or form in connection with their business (online or otherwise), or marketing operations (online or otherwise).

IT IS SO ORDERED

10·15·09
Dated

The Honorable Margaret M. Morrow
Judge of the District Court